09-4021

February 21, 2010

Gerald Tucker
Pro Se

Gerald Tucker
E 33 Cherry Street
Elizabeth New Jersey
apartment 203
Mailing address

Clerk United States District Court
Newark, New Jersey 07101

Re: Opinion And Order to
Complainant Gerald Tucker
Of 2-17-2010 permitting plaintiff
to file an Amended Complaint,
Signed by Judge Stanley R. Chesler

Whereas, plaintiff being much
obliged to the Court this Amended Complaint
may at this time be listed in two basic
paragraphs:

2. | 2-21-2010

Gerald Thiesler
Pro Se

U.S. DISTRICT COU[RT]

2010 MAR 15  A 10: 0[...]

United States District Court
Newark, New Jersey 07101

Re: 2-17-2010 Opinion And Order
Of the Court permitting plantiff
to Amend Complaint

(Continuation from page one)

Paragraph I.

Paragraph I concern past prison
years (1988 to the present) Conspiracy, "Continuing
Conspiracy," (Mass) domestic Violence against
Complainant with intent to commit serious bodily
harm. Aggervated assault; Illegal Search
And Seizure, Illegal detention, weapons use
on part of the State, and Hospital;
"Clear And Present Danger;" ( )
Serious injury by designated defendants
of whom knows abused Complainant directly

3         2-21-2010

                    Gerald Tucker
                    Peo Se


United States Patent Court
Newark, New Jersey


    Re... Court permission to
    Amend Complaint


(Continuation from page two)


    There exist some overlapping with
subject matter (i.e.) of paragraph II.


    Paragraph II


    Paragraph II refers to physical injuries
and permanent damage to three on the
complainant's body, two or three degree burns
to Left hand; Gerald Tucker v State of
New Jersey 1981, 1982 dismissed because
of failure to state a Claim for Relief;
New evidence; Motion For New Trial,
Ongoing mass Violence against Complainant

4

2-21-2010     Gerald Tucker
                    Pro Se


United States District Court
Newark, New Jersey


Re... Court permission to
Amend Complaint


Paragraph II


technically the Installation of elements
or substances in fact that leave term
Complainant's person injuries (e.a) of
1972 and 1976, respectively.


     " Approximate Cause" of the most
dominant cause have been eptly defined by
Justice Black relative to Torts

5

E     10-17-2009
      10-24-2009

U. S. District Court Newark NJ
(Pro se)
Gerald Tichcek V Newark
Police et. al

Conspiracy and Continues
Conspiracy, Complicity to
Commute serous bodily
harm to Complainant and
we murder etc.

└ See Complainant's motion for
Amended and Special Pleadings;
(i.e.) Gerald Tichcek V State
of New Jersey 1981- 1988 dismissed.
Presently: Motion for New
Trial based on New Evidence,
(Right to Counsel Sixth
Amendment); Gerald Tichcek
V Union County Abstree Eff
Ws Esquire et. al (14th Amend
ment Due Process Procedures)

5

E-1    8-24-2009
       10-26-2009


Rea U.S. District Curt Newark
    NJ

(Pro Se)
Gerald Tucker V. Newark & Police
en. al

Discovery: depositions
Rules 26-37 Federal Rules
of Court Procedure (U.S.C.A.)

Motion, agdedly for the
Production of Records


Subsequently Reverting to my
own unorthodox Legal philosophy or
Knowledge of specific legal definition
a pleading is a statement paragraph
of correspondence to the Court consisting
of the average Criminal or Civil
complaint against a person, company
Corporation, State or Federal Govern-
mental Administration

7/
1

Appendix

10-29-2009

United States District Court
Newark, New Jersey
(Pro Se)

Gerald Tucker V State of
New Jersey, New Jersey
State Prison, Trinitis Hosp-
ital Elizabeth, New Jersey
University Hospital Newark
New Jersey inter alia

Re: Motion For New Trial based
on New Evidence; Poisoning
Complainant with Nitroglycerin
and Magnesium (196-198)
causing severe injury, d/s
testion and damage to the
Complainant's body; aggravated
assault, "Cruel and Unusual
Punishment," Medical Malpractice
Continues Conspiracy and
Complicity to Commit to
Commit serious damage to
to body of Complainant and/or
Murder

8/
2

10-28-2009

United States District Court
Newark, N.J.

(Pro se)
Gerald Tucker v State of
New Jersey, New Jersey
State Prison, Union Essex
County Public Hospitals, Police
Welfare Depts. Interalia

Re: Motion For New Trial
Perserving Complainant,
Medical Unelpreustatic,
aggreveted assault,
"Continuous Conspiracy"
Complicity to Corrupte and/or
Murder Complainant

Complainant's prior United States
District Court Complaints of 1981-1988
were allegedly dismissed

9/
1₂

Febuary 18, 2010

Gerald Tucker
Leona Tucker
Red Se
c/o 33 Cherry Street
Elizabeth, New Jersey
apartment 703
Mailing address.

United States District Court
For the District of Newark
Newark, New Jersey

Re: Gerald Tucker Complaisant
V Tucker Personnel W. Clerk
Smith, Marie Seventh floor 600
Broad Street Newark, New Jersey
Police ct. of

Dear Judge

I may be wrong about
Newark Police, I would like to
apologize for any nonvernence to

10/2

2-8-2010

_Gerald Thinker_
_Pro Se_

United States District Court
Newark, N.J.

(See caption on page one)

The Court

Complainant (above court) presently
has considered sending in the beginning
'ing of the original Complaint filed
by myself before this Court

Yet complaint shall be awaiting
on actual court date

Sincerely

_Gerald Thinker_

11/
1.

To: United States District Court
Newark, New Jersey

Gerald Tucker
Pro Se, Ex Parte

Complaint:   Re: Motion to Amend Pleadings;
             Copyright Infringement Remedy Action

Gerald Tucker V. State of New Jersey
(Union, Essex Counties) Police of
Newark NJ; defendant- opponents, et al

(Illegal Wiretaping)
any State officials, of the Fifty two
States of United States;
State governmental persons in
Conflict with federal Law; foreigners
involved

Special Pleadings or addition to initial
Pleadings

To: United States District Court
Newark, New Jersey

4/20

Pro Se
Gerald Turner
(Gerald Tober?)
Ex Parte

Re: Motion to Ammend Pleadings;
Copyright Infringement Remedy Action

Gerald Tober V State Of New Jersey
defendant, opponents, Police et. al
(See entitlements on page one)

"Copyright U.S.C.A Title 17.
Barns, Commission, Listing; Scientific,
intellectual, fiction, non-fiction, art, music,
and Public work (e.g) for Publication
(emphasis mine)    Complaint
        Persons and/or parties determined by
Complainant not belonging in this pre-se at

13/
3.

To: United States District Court
Newark, New Jersey

Pro Se
Reynald Tucker
(Reynald Tucker)
Ex Parte

Re: Motion To Amend Procedures;
Copyright Infringement Remedy Action

Complaint

Conflict but are considered by Complainant
to be in violation of Federal and State Law
Re: Spying and/or espionage; disclosing
in termination of Complainant's Creation (or by
having eavesdropped) to unapproved of Sources
shall be prosecuted thereof.

Cf. Complainant's TX forms missing
(in YMCA 600 Broad Street (Shelter) Newark,
New Jersey. Also Papers from Library of Congress
in within Scandal

14/
1

February 21, 2010

Gerald Tucker
Pro Se

United States District Court
Newark, New Jersey 07101

Amended - Complaint -

Gerald Tucker plantiff V State of
New Jersey 600 Broad Street, Newark,
New Jersey alleged Seventh Floor Staffed
and YMCA building personnel, MR Clark,
MR Smith, MR Brown, Maria; Trinitas
Hospital Elizabeth, new Jersey (in part)
University (in part), Cooway Avenue
Rehabilitation Centre Elizabeth,
New Jersey; Union County Correctional-
Facility; At State, Storage 353 003
Grean Street Elizabeth New Jersey
Union County Welfare Department
alleged School or Case workers
MRS Prieto family (in part) et, al
Defendants. Also New Jersey State
Prison, Trenton, New Jersey/ordoes
alleged Convict and Cortoone

13/2   February 21, 2010

Leah Thuster
Pro Se

United States District Court
Newark, New Jersey 07101

(See page ___ Continuation)
from page ___ )

Statement of Complaint,
Circumstances and facts

In Conspiracy against plaintiff (see
continuous Conspiracy Black's law Dictionary)
(1979, 1981, 1988 to the present) and around
-ing plaintiff's final release. From New Jersey
State Prison, (1988) defendants, had attacked
plaintiff or had begun to attack plaintiff,
Stabbing plaintiff on three separate
occasions (1979, 1984, 2002); attempted to
murder and/or inflict severe bodily
harm, upon the body of Complainant or
plaintiff. A number of Police Reports
were filed involving Elizabeth NJ
Police Department

16   3-5-2010 Gero

Gerald Turner
Pro Se Complainant


United States District Court For, The
District of New Jersey Newark,
New Jersey

Re: Initial Complaint(s), relevancy
of (1981, 1988, 1994 and after 2005;
2009, February 21, 2010, Motions


Classification because of ongoing
conflict with defendant (succeeding pages),
Complainants disability and pass states
of incapacitation associated with,
primary injury as central to additional
offenses against the complainant:
       JURISDICTION
  1. Complainant has, concluded that
Ex Parte is a legal term applicable in
his Instant Case(s) before United States
District Court.

17/2.          3-5 2010

Gerald Turner
Pro Se

United States District Court

("Opinion And Order Of
the Court dated 2-17-2010;
paragraphs one and two pages
_____ of February 2, 2010.
(Complainant's Remarks)
Continuation from page _____
(a) Crisis — dissolution : —     Jurisdiction

Judging from practical experience
(and as fully as Complainant Knows) a com-
plainant addressed to U.S. District Court
is commenced by by filing an actual
statement briefly what happens, the next
attending circumstances and references
to the jurisdiction of the Court and
"Relief Sought."

    2. Complainant's Federal Guidelines

18/3        3-5-2010

                    Gerald Tucker
                    Pro Se


United States District Court

        Jurisdiction:

For Pro Se litigants" has been Missing in-
cluded in the Jurisdiction concerning
the 800 Broad Street of Newark New Jersey
Scandal Complaint filed to U.S. District
Ct. (direction); admissible evidence, as
Re. Black's Law Dictionary


3. However the fact that Complainant
have (had) sustained Soft day injuries and
third degree burns to his left back hand
while serving time as a prisoner in
New Jersey State Prison System (This
Separate Injuries occurring on different dates)
represents an element of evidence
(or material evidence) or trust worthy
of the Court Reconsideration

        Complainant has therefore been the

A/ 4

3-5-2010

Kenldl Tecker
Pro Se

United States District Curt

Jurisdiction

Verticol Responsibility of the Government
(Ci) 15th, 4th, Sixth and fourteenth
Amendments to United States Constitution)

Respectfully Submitted

Kenald Tecker

March 4, 2010

20/
I.      2-7-2010

Gerald Tucker
Pro Se

United States District Court For the
District of Newark, Newark,
New Jersey

Gerald Tucker Plaintiff V
State Of New Jersey, Union,
Essex Counties Hospitals,
Welfare Departments (Eagle)
New Jersey Persons, Plaintiff's
Storage, Jointly in part,
Objections to a New Trial,
Amended and/or Special Pleadings
600 Broad Street Newark, N.J.
(MCI (Stolte) Management
(Supervisor and/or Personnel)
inter alia

Additional Jurisdiction*

* Plaintiff admits that he have been under a

21/

II.    2-7-2010

Gerald W Tasker
Pro Se

United States District Court

Gerald W Tasker Plantiff V
State of New Jersey
Inter alia

Additional Jurisdiction

i  Constitutionality of an Issue
ii Newly discovered evidence

de class

III.   2-7-2010

Gerald Tucker
Pro Se


United States District Court

Gerald Tucker Plaintiff V
State of New Jersey interato

Additional Jurisdiction

(a) professional evidence
iii  Patterson V, United States
iv  Plessy V Ferguson
(e) "Clear An Present danger
     Decision"
v  Peoples V California
vi  Brown V Board of Education
    (1964)
vii  Complainant retains his Right to
Study Jurisdiction (Brown V board of Education
1964)

I.    March 12, 2010

Gerald Tucker,
Pro Se Complainant


United States District Court
Newark, New Jersey 07101


Re:  Gerald Tucker V State of New Jersey,
New Jersey Person Superintendent
(and/or Wardens); 60 Broad Street
(WCA (Shelter above) Superintendent
(and/or personnel); Trinitas and
University Hospitals of Elizabeth
and Newark, New Jersey; Union
County Welfare Department; Union
County Department of Corrections;
(N.J. Transit) Et. al.


     Relief:


Complainant is suing for monetary


"See "Amended Pleadings" or "Amended
Complaint" "Motion For New Trial" with these pages

IV.    3-12-2010        Gerald Ticken
                        Pro Se Complaint


United States District Court
Newark, New Jersey 0761


Re: Gerald Ticken V State of
    New Jersey Et. al

Continuation from page

Relief:

and personal or physical damages, permanent
injury; economic loss  destruction of Plan-
timent's family; destruction of Complainent
Community; return of missive property (including
60, Broad Street shelter, personel) - restora
-tion of Complainent 3e best membership
enable Professionalism (Mercer County
Community College Student, e.g.); Right to
know and interact with his children and
family - be loved and to feel that family
and children are secure and well Preserved

3-10- 2010   *Gerald Tasker*
Pro Se

United States District Court
Newark, New Jersey

Gerald Tasker V State of
New Jersey Supervisor,
Management of Superintendent
YMN (Surveillance) 50 Broad
Street Newark, New Jersey

Motion to Subpoena Witnesses

1. Heba Tucker 33 Cherry
Street Elizabeth, New Jersey street
apartment 703

2. Mrs Eppea a employee of Legal Aid
60 Prince Street Elizabeth, New Jersey

3. Mrs. Fagan Legal Aid Attorney
60 Prince Street Elizabeth, New Jersey.

24/
1

3-10-2010

Gerald Wnski
Pro Se

United States District Court
Newark, New Jersey.

Gerald Techer V State of
New Jersey Essex County
Welfare Department
inter alia

Motion to Subpoena Witness,

4, Store Keepers (Inepe) involved
as alleged personal at 60 Board Street
Quella area Newark, New Jersey
Fugitive from Justice

5, Sandy Jacuts (Alleged) and
Fugitive from Justice per this same
Complaint(s)

A feebly ill State of New
be put on on other family defendants

25/3

3-10-2010

Gerald Tucker

Pro Se

United States District Court
Newark, New Jersey

Gerald Tucker V State of
New Jersey, 600 Broad Street
Newark, New Jersey Superviser
and the personnel inter office

Motion to Suppena Witnesses

6. Legal Aid 60 Prince Street
Elizabeth, New Jersey Attorney Mr. Hewitt

alleged involved in assume against complainant

Affidavit Of Certification

Page 1,

Gerald Tecteee Complaint
Gerald Tucker
Pro Se
C/o Harald Tucker, mother
33 Cherry Street
Elizabeth, New Jersey
apartment 703,
(Mailing address)

United States District Court
For The District of New Jersey
Newark, New Jersey

February 5, 2010

Re: Gerald Tucker V State of New Jersey
(New Jersey State Prison) Daniel Gilson
(deceased), Parole, Union, Essex
Counties (Union County Train to Hospital
Essex County University Hospital)
Union County Welfare Department

Affidavit Of Certification

page 2

Len Webber
Pro Se

United States District Dist
For The District Of New Jersey
Newark, New Jersey

February 5, 2010

Re: Gerald Tucker V State Of New Jersey
(and other listed defendants on page
one)

(Continuation from page one)

alleged Social worker or Caseworker
Mrs. Green, 600 Broad Street Newark New Jersey
7th floor, alleged shelter area, Personnel,
Newark Police; family (i.e.); Elizabeth,
New Jersey Public Library, Broad Street,
Bayway New Jersey Mrs. no authority

page 3.

Gerald Tucker
Pro Se

United States District Court
For The District Of New Jersey
Newark, New Jersey

February 5. 2010

I., I, Gerald Tucker, owe the Complaint
Regarding the Captioned Matter(s) (pages one
and two)

II. I am Competent to the best of my
ability or as far as I know

III. I know there is a penalty for
perjury and have abided by Law

Respectfully

Gerald Tucker

March 11, 2010

E.   3-9-2010

Gerald Tucker
Pro Se Complainant

United States District Court
Newark, New Jersey

Corrections:

1. In addition to prior remarks (i.e prior
re correspondences this area concerning
Gerald Tucker and US District Court) of some
Complainant "Ex Parte" may conceivably be
-ferro "Clear that these no longer a State
of Emergency etc. Qua Blacks' law forever

2. Gerald Tucker V State of New Jersey
and/or Supervisor, Manager or Superintendent
of YWCA Shelter Security Face 60 Broad Street
Newark, New Jersey

3. Gerald Tucker V. Supervisor,
Manager or Superintendent of Private
Hospital (A. No. two aforementioned)

II.                3-9-2010        Gerald Fisher
                                   Pro Se Complaint


United States District Court
Newark, New Jersey

            Defendants:

        4. Gerald Fisher V University
Hospital Supervisor, management and/or
Superintendent (of. No. two aforemen-
tioned)


        5. Gerald Fisher V Parkway
Avenue Rehabilitation Centre Elizabeth
New Jersey Supervisor, management and/or
Superintendent (of. No. two were as
aforementioned)


        6. Jurisdiction of the Court by the
Complainant's reference for grievances for
United States Constitutional Violations/of
Complainant; Constitutional Rights, First
Amendment, Eighth Amendment, Six twenty
went and fourteen Amendments.

3-9-2010

Gerald Parker

Pro Se Complainant

United States District Court

Newark, New Jersey

Corrections:

7. Gerald Parker Complainant V,
Supervisor, management, and/or Superintendent YWCA 600 Broad Street Seventh Floor
Suites (9 area) Newark, New Jersey
E.Q.

Ⅳ      3-9-2010        _Gerald Walker_
                       Pro Se


United States District Court
Newark, New Jersey

        Corrections:

        7. Gerald Tucker V Union County
Department of Corrections, Elizabeth
New Jersey Police Department ("Illegal
Search and Siezure", Illegal Detention"
Malpractice)

March 11, 2010        Gerald Tucker
                      Pro Se Complainant


United States District Court
Newark, New Jersey


Re: Pass and present Correspondances
   to The Court (1994 to the Present)


    Complainant Thanking the Court for
consideration of this Complaint would ask to
be excused because of bad pirmianship


            Sincerely

            Gerald Tucker